# United States District Court

DISTRICT OF **SOUTH DAKOTA**

TO: Worldpay, Inc
Attn: Legal Department
8500 Governors Hill Dr.
Symmes Twp, OH 45249-1384

**SUBPOENA TO TESTIFY BEFORE GRAND JURY**

SUBPOENA FOR:
PERSON ☐   **x** DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | ROOM |
|---|---|
| United States Federal Courthouse<br>400 South Phillips Avenue<br>Sioux Falls, SD 57104 | **DATE AND TIME**<br>6/14/22, 1:00pm |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

Please see Attachment to Subpoena.

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| *Matthew Thelen* (signature)<br>(By) Deputy Clerk | May 12, 2022 |

| This subpoena is issued on application of the United States of America | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>Jeremy R. Jehangiri<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>(605) 357-2353<br>jeremy.jehangiri@usdoj.gov<br>alissa.thorson@usdoj.gov (legal assistant) |
|---|---|

* If not applicable, enter "none".

FORM OBD-227
Revised April 2000

[Submit] [Go]